No. 160. Springfield, Ohio, Local No. 352, of the International Alliance of Theatrical Stage Employees, et al. *v.* Settos, Lessee. October 20, 1941. On petition for writ of certiorari to the Supreme Court of Ohio. It does not appear from the record that the federal

question presented by the petition was necessarily decided by the court below. The petition for writ of certiorari is denied. *Lynch* v. *New York ex rel. Pierson,* 293 U. S. 52; *Honeyman* v. *Hanan,* 300 U. S. 14, 18. *Mr. Joseph A. Padway* for petitioners. *Messrs. A. C. Link* and *Samuel A. Bowman* for respondent.